UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EUGENE LAMOND GUIDRY | CIVIL ACTION |
| VERSUS | NO. 17-5142 |
| STATE OF LOUISIANA, ET AL. | SECTION: "J"(1) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's federal civil rights claims for "wrongful conviction" are dismissed with prejudice to their being asserted again until the Heck conditions are met.

New Orleans, Louisiana, this 21st day of September, 2018.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE